Hon. Sharon Keller, Presiding Judge
Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711-2308

26,781-02 RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

January 9, 2015

Greeting Honorable Judge of said court;

Please allow me to acknowledge you that I have Received the Notice From the Court of Criminal Appeals dated August 6, 2014, informing me that the Court has denied my Application For Writ of Habeas Corpus, without a written order on the findings of the trial court without a hearing.

Honorable Judge of said court; Please Allow me to ask you and the Court to consider a special Review of my Writ of Habeas Corpus and the Following documentation presented as evidence to support my allegations of ineffective assistance of counsel, involuntary plea and no evidence to support the charge.

## Argument 1.

During a Video Conference with Attorney Mr. Matthew Seymour on December 11, 2012, I asked Mr. Seymour what was his concent and concern of my case regarding his representation. Mr. Seymour stated that he will be sitting in on this case if it gos to trial. I further ask what would be his defense in this case. Mr. Seymour, Repeated the same statement I will be sitting in, on this case if it go to trial

I then told Mr. Seymour, that I don't need to talk with him about my pending case and exist the Video Conference Room.

1.

Notice: The 2 page Letter From Mr. Matthew Seymour, dated August 15. 2013, I present as exhibit A to support my allegation being coerced into pleading guilty and making an involuntary plead. In paragraph 4 of Mr. Seymour Letter page 1 are the Listed documents Mr. Seymour, coerce tactics to sign, and did not explain what I was signing. Also notice in paragraph 2 and 4, Mr. Seymour, admitted that he was never appointed as my Attorney-of-Record. On December 12,2012, during an argument Mr. Seymour suggested thourth his coerce tactics that sign the Judicial Confession, Admonishment Regarding Parole Violations, and the Certification of Appellate Rights For Attorney Ms. Elisha Enoksen or I will be sentence to 25 year or Life if I go to trial on this case because this will be my third conviction. Being in Fear I sign the Listed named document which was then handed to Ms. Enoksen by Mr. Seymour whom then smile and walked away. Ms. Enoksen never took time to explain to me what I was signing. But immediately Rushed me into Judge Don Adams court Room and told me to enter a Plea-of-Guilt and say yes to all the question the Judge ask me, and did not explain my situation surrounding my Parole and the circumstances of this case yet stood at my side and let me enter a Plead of guilt to a crime I did not commit. Notice: also in Mr. Seymour Letter paragraph 3. I Requested For a copy of a Video Conference conducted on December 11,2012, Mr. Seymour stated he can-not confirm nor deny that he had a videoconference with me on (December 11,2012) A video conference was conducted on December 11,2012 with Public Defender Attorney Ms. Elisha Enoksen and Mr. Matthew Seymour.

2.

However Regarding Mr. Matthew Letter dated August 15, 2013 presented as evidence to support my allegation of ineffective Assistance of counsel and involuntary plea... this Letter show that Mr. Matthew was not my attorney of Record in his own words. The documentations I signed was never explain to me what I was signing, and Mr. Matthew did not help or offer his assistance in filing an Appeal of this case conviction.

Mr. Matthew did send copy's of all the Listed documents thourgth the Client-Attorney Assistance Program of the State Bar of Texas upon my Request. Also public defender attorney Ms. Elisha Enoksen did not explain or talk with me about the Listed documents in Mr. Matthew Letter or offer assistance in helping me file my appeal in this matter.

Honorable Judge of said court:

Notice in paragraph 2 of Mr. Matthew Letter (he stated), that public defender attorney Mr. Frank Douglas, changed court assignments (as is a common and Routine practice in the Public Defender's Office). My question to you Honorable Judge: Keller is that are these attorney with-in the Public Defender Office authorize to practice such Routine Act to change court assignments when Representing thier client with-out filing a Motion To With Draw with court Presiding Judge? I have a Letter from Public Defender Attorney Mr. Frank Douglas, dated July 18, 2011, acknowledging me that he have been appionted by Judge Michael R. Snipes to Represent me in cause numbered: F11-26863 and no one esle or the Public Defender Office. However during Mr. Douglas Represention he changed court assignment with out acknowledging me of his with drawing from my case.

3.

Honorable Judge Keller,

Please be Advise that once I get copy's made of Mr., Frank Douglas 3 page Letter dated July 18, 2011, I will forward you a copy for review. Along with other documentation concerning my case. and Appeal.

Also Allow me to bring it to your Attention as well the Court that. In Regards to the Criminal District Court No. 4 in Dallas County. Texas, the Presiding Judge Michael R. Snipes, or the Courts Appointed April E. Smith, to prepare findings of fact and conclusions of Law for the court Regarding my writ of Habeas Corpus. On 8-6-2014, I recieved Mr. Abel Acosta, the Clerk notice from the Criminal Appeal Court under Tr. Ct. No W11-26863-4(A) WR-26,781-02. the Court has denied without written order my writ. However I have not recieve Ms. April E. Smith findings in this matter. I have wrote the State Law Library, Inmate Copy Service as Requier by Mr. Abel Acosta but still have not recieve Any Respond. I would Like to know of your concern of this matter And I am Requesting for A Reconsider special Review of my Appeal and Allow me to provide my documents And my innocence. Please.

Sincerely With Respect
Chuck Williams

Chuck Williams #620981
Hutchins Unit - A6-7-B
1500 E. Langdon Rd.
Dallas, Texas 75241

Enclosure: 2 page Letter
From Mr. Matthew Seymour
dated August 15, 2013



# REGIONAL PUBLIC DEFENDER FOR CAPITAL CASES
P. O. Box 2097
Lubbock, Texas 79408
Main Phone: (806) 775-5650
Fax: (806) 775-7954

August 15, 2013

Mr. Chuck Williams #620981
Joe F. Gurney Unit E1-49B
1385 FM 3328
Palestine, Texas 75803

Re:    Your Request for Information as Referred to Me by CAAP; Record #607731

Dear Mr. Williams:

I am writing in response to your letter that I received from the Client-Attorney Assistance Program of the State Bar of Texas. Please note that I am no longer employed with the Dallas County Public Defender's Office and your letter was forwarded to my new employer at the Lubbock office, which was then forwarded on to me at my home office. I received your letter today and please note that this initial response is drafted and mailed this same day.

First, I was never appointed as your attorney-of-record in this matter. Initially, you were represented by Mr. Frank Douglas, and when he changed court assignments (as is a common and routine practice in the Public Defender's Office), you were then represented by Mrs. Elisha Enoksen. Both are still employed by the Dallas Public Defender's Office and can be contacted by mail at the following address: 133 N Riverfront Blvd, LB2, Dallas, Texas 75207-4399.

Second, as I do not readily available access to your case file, I can neither confirm nor deny that I had a videoconference with you on the date you noted (i.e., December 11, 2012). I can say with absolute certainty, however, that videoconferences are neither audio nor video recorded so it is not possible for me to provide you with a copy of any such communication. I have sent a copy of this letter to Mrs. Enoksen, and I will ask her to review her file for information and notes about a videoconference.

Third, while I was never your attorney of record, I do however have public access to the documents you requested. Therefore, I have attached the following documents:

1. Judicial Information
2. Indictment
3. Affidavit for Arrest
4. Judgment
5. Plea Agreement
6. Judicial Confession

7. Motion to Strike Enhancement
   Paragraphs
8. Admonishment Regarding Parole
   Violations
9. Certification of Appellate Rights

The above Listed documents Are the documents Mr. Matthew Seymour used Coerced tactics to get me to sign the above under Line document forms. & Elisha Enoksen And did not explain to me what I was signing.

Last, I see in the public record that, as indicted, you could have faced a minimum 25 year sentence in the penitentiary, and that the Assistant District Attorney's initial offer (via your then attorney Frank Douglas) was 30 years imprisonment. I see from the judgment and associated record that your attorney Elisha Enoksen was able to have the State strike the enhancement paragraphs and negotiated the minimum sentence of two (2) years, and that your fine was probated by the Court.

I will write to you if and when I receive any additional information – if any – from your original file, which is with the Dallas County Public Defender's Office. Please be advised that retrieving a file from storage may take some time, so please be patient.

Thank you for your time and consideration.

Sincerely,

**Matthew Seymour**

Digitally signed by Matthew Seymour
DN: cn=Matthew Seymour, o=Regional
Public Defenders for Capital Cases, ou,
email=mseymour@rpdo.org, c=US
Date: 2013.08.15 14:14:28 -05'00'

Matthew Seymour

cc      Jessica A. Bergeman [via email]
        Elisha Enoksen [via email]

Also Regarding this Letter notice the issue about the Video Conferances, this is how I became Acquainted with Mr. Matthew Seymour on Dec. 11, 2012, is by a Video Conferances Alone with Ms. Elisha Enoksen. My Reason for Requesting for a copy of such Video is because is will Show what we talk About.

I had Video Conference with All the named Public Defender Attorney herein: Mr. Frank Douglas, Mrs. Elisha Enoksen, And Mr. Matthew Seymour. I believe their are copy of Recording of these Video Conferances.